

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-15-00791-CV

**TALISMAN ENERGY USA, INC.,**
Appellant

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings, LLC, and JAR Resources
Holdings, L.P.,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russel Wilson, Judge Presiding

## O R D E R

The Cross-Appellant's Motion for Extension of Time to File Brief is GRANTED. The cross-appellant's brief is due on June 22, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court